1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   SARA WINSLOW (DC Bar No. 457643)
3  Chief, Civil Division
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-6925
6      FAX: (415) 436-6748
       Sara.winslow@usdoj.gov
7
   Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHAN HE, et al., | C 18-07512 WHO |
| Plaintiffs, | |
| v. | **STIPULATION TO DISMISS and [PROPOSED] ORDER** |
| UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES, et al., | |
| Defendants. | |

Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services adjudicated Plaintiffs' I-526 petitions.

///

///

///

Stipulation to Dismiss
C 18-07512 WHO                                    1

Each of the parties shall bear their own costs and fees.

Date: July 29, 2019

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

/s/
SARA WINSLOW
Assistant United States Attorney
Attorneys for Defendants

Dated: July 29, 2019

/s/
CHARLES L. COLEMAN III
HOLLAND & KNIGHT LLP
Attorneys for Plaintiffs

### [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: July 30, 2019

WILLIAM H. ORRICK
United States District Judge